Hasudungan NAPITUPULU, Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 11–71908.**

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2013.*

Filed July 31, 2013.

Sharon A. Healey, Law Office of Sharon A. Healey, Seattle, WA, for Petitioner.

John M. McAdams, Jr., Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

*See* Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Hasudungan Napitupulu, a native and citizen of Indonesia, petitions for review of a Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision denying his application for withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings. *Wakkary v. Holder*, 558 F.3d 1049, 1056 (9th Cir.2009). We grant the petition for review and we remand.

The BIA stated the incidents of harm Napitupulu suffered "involved no physical harm." This is not supported by the record. Napitupulu testified that in one incident he was attacked and beaten by his co-workers, he fell to the ground, and it took him ten days to recover. Because it is not clear the BIA considered this incident in evaluating Napitupulu's withholding of removal claim under a disfavored group analysis, we remand to the agency to do so in the first instance. *See INS v. Ventura*, 537 U.S. 12, 16–18, 123 S.Ct. 353, 154 L.Ed.2d 272 (2002) (per curiam).

We do not address Napitupulu's contention that he suffered past persecution because the court previously rejected it. *See Napitupulu v. Holder*, 389 Fed.Appx. 714 (9th Cir.2010).

**PETITION FOR REVIEW GRANTED; REMANDED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).